**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————— X

JOSE CORTEZ,

Civil Action No.

*Plaintiff,*

**1:24-cv-01039-JLR**

-against-

40-59 BROADWAY INC.
(DBA DINASTIA II),
and NELSON CHAN, individually,

~~PROPOSED~~ **FORM OF**
**JUDGMENT**

*Defendants.*

X

—————————————————————

## JUDGMENT

On July 10, 2024, the Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

That the Plaintiff, JOSE CORTEZ, has a judgment against RED MARBO, INC. (DBA LA DINASTIA) and NELSON CHAN, jointly and severally, in the amount of Seventeen Thousand and Five Hundred Dollars ($17,500.00), which is inclusive of attorneys' fees and costs.

Dated: __July 16__, 2024

_____
UNITED STATES DISTRICT JUDGE
The Honorable Jennifer L. Rochon